IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO G. MATA, JR.,<br><br>                          Plaintiff,<br><br>     v.<br><br>PETER TOME,<br><br>                         Defendant. | CASE NO. CV F-01-5760 LJO P<br><br>**ORDER PERMITTING DEFENDANT'S USE OF EQUIPMENT AT TRIAL**<br>(Doc. 67)<br><br>Trial Date: July 14, 2005<br>Time: 8:30 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence J. O'Neill |

     IT IS HEREBY ORDERED that Defendant Tome, by and through his attorney of record, Susan E. Coleman, Deputy Attorney General, is authorized to bring into the courtroom and operate a laptop and projector during the duration of trial, commencing on July 14, 2005, and continuing day to day thereafter until completed.

IT IS SO ORDERED.

**Dated:   May 2, 2005**                 /s/ Lawrence J. O'Neill
b9ed48                            UNITED STATES MAGISTRATE JUDGE

Order Permitting Use of Equipment