# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO G. MATA, JR., | CASE NO. CV-F-01-5760 LJO P |
| Plaintiff, | ORDER NOTIFYING PARTIES JURY TRIAL LOCATION HAS BEEN CHANGED FROM COURTROOM 4 TO COURTROOM 3 |
| v. | |
| P. TOME, | |
| Defendant. | |

The location for jury trial commencing on July 14, 2005, at 8:30 a.m. has been changed from courtroom 4 on the third floor to courtroom 3 on the fifth floor. The California Department of Corrections has been notified of the change via the issuance of an amended writ of habeas corpus ad testificandum.

IT IS SO ORDERED.

**Dated:   July 11, 2005**          /s/ Lawrence J. O'Neill
i0d3h8                                            UNITED STATES MAGISTRATE JUDGE