# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO G. MATA, JR., | CASE NO. 1:01-CV-5760-LJO-P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR A COURT ORDER MANDATING THE RETURN OF HIS FILE |
| v. | |
| PETER TOME, | (Doc. 79) |
| Defendant. | |

Plaintiff Alfonso Mata ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 5, 2005, plaintiff filed a motion seeking the return of his central file so that he may be classified for release from the Security Housing Unit (SHU).

A federal court is a court of limited jurisdiction. Because of this limited jurisdiction, as a threshold and preliminary matter the court must have before it for consideration a "case" or "controversy." Flast v. Cohen, 392 U.S. 83, 88 (1968). If the court does not have a "case" or "controversy" before it, it has no power to hear the matter in question. Rivera v. Freeman, 469 F. 2d 1159, 1162-63 (9th Cir. 1972). "A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; *it may not attempt to determine the rights of persons not before the court.*" Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985) (emphasis added).

This action is proceeding against defendant Tome on plaintiff's claim that defendant acted with deliberate indifference to a substantial risk to plaintiff's safety, in violation of the Eighth

1 Amendment. The issuance of the order sought by plaintiff in his motion would not remedy the claim
2 alleged in this action. Accordingly, the court lacks jurisdiction to issue such an order.
3     Accordingly, plaintiff's motion for an order mandating the return of his file so that he may
4 be classified for release from the SHU, filed July 5, 2005, is HEREBY DENIED.

6 IT IS SO ORDERED.

7 **Dated:   July 13, 2005**          /s/ Lawrence J. O'Neill
   b9ed48                                  UNITED STATES MAGISTRATE JUDGE